Paul L. McDonald (*pro hac vice*)
P L MCDONALD LAW LLC
1800 JFK Boulevard, Suite 300
Philadelphia, PA 19103
Telephone:  (267) 238-3835
Facsimile:  (267) 238-3801
Email:  paul@plmcdonaldlaw.com

Sanford P. Dumain (*pro hac vice*)
Jennifer J. Sosa (*pro hac vice*)
MILBERG LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone:  (212) 594-5300
Facsimile:  (212) 868-1229
Email:  sdumain@milberg.com
        jsosa@milberg.com

*Counsel for Plaintiffs and the Proposed Collective*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| LAUREN ANDERSON, et al.<br><br>         Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.;<br><br>         Defendants. | Approved on 9/1/15.<br>s/William T. Lawrence, Judge<br>Copies Sent<br><br>Civil Action No. 1:14-CV-1710 WTL-MJD |

**NOTICE OF VOLUNTARY DISMISSAL OF**
**GRAND CANYON UNIVERSITY AND UNIVERSITY OF THE INCARNATE WORD**

-2-

Plaintiffs, pursuant to Fed. R. Civ. P. 41(a)(1)(A), by undersigned counsel, hereby dismiss Defendants Grand Canyon University and University of the Incarnate Word from this lawsuit.

Respectfully submitted,

By: s/Paul L. McDonald

Paul L. McDonald (*pro hac vice*)
P L MCDONALD LAW LLC
1800 JFK Boulevard, Suite 300
Philadelphia, PA 19103
Telephone:   (267) 238-3835
Facsimile:    (267) 238-3801
Email:          paul@plmcdonaldlaw.com

Sanford P. Dumain (*pro hac vice*)
Jennifer J. Sosa (*pro hac vice*)
MILBERG LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone:   (212) 594-5300
Facsimile:    (212) 868-1229
Email:          sdumain@milberg.com
                    jsosa@milberg.com

*Counsel for Plaintiffs and the Proposed Collective*

Dated: August 31, 2015

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2015, I served the foregoing document on counsel by filing via the District Court CM/ECF system, which will send an email notice to all registered parties.

By: s/Paul L. McDonald

Paul L. McDonald (*pro hac vice*)
P L MCDONALD LAW LLC

*Counsel for Plaintiff and the Proposed Collective*