UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LAUREN ANDERSON, *et al.* </br> Plaintiffs, </br></br> vs. </br></br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.* </br> Defendants. | No. 1:14-cv-01710-WTL-MJD |

### SCHEDULING ORDER
### Hon. Magistrate Judge Mark J. Dinsmore

In light of the filing of Plaintiffs' Amended Motion to Conditionally Certify FLSA Collective Action and Send Notice to the Class [Dkt. 234], the Court hereby enlarges the deadline for Defendants to respond to the motion for conditional certification to and including **March 25, 2016**.

Dated: 09/22/2015

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel