**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **GILLIAN BERGER, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Cause No. 1:14-cv-1710-WTL-MJD |
| | ) |
| **NATIONAL COLLEGIATE ATHLETIC** | ) |
| **ASSOCIATION, et al.,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

The Court having this date granted the Defendants' motions to dismiss, **JUDGMENT IS HEREBY ENTERED** in favor of Defendant the University of Pennsylvania and against the Plaintiffs on all claims in the Plaintiffs' Amended Complaint. The Plaintiffs previously have dismissed voluntarily certain Defendants from this case; the Plaintiffs' claims against all of the remaining Defendants are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

SO ORDERED: 2/16/16

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Copies to all counsel of record via electronic notification